Δ π EXHIBIT 29
Deponent Loewen
Date 8-30-11 Rptr. ER
WWW.DEPOBOOK.COM

# FW: Work Injury Procedure Reminder

From: Tracy.VanDeWeg@spectrum-health.org
Sent: Mon 7/09/07 11:21 AM
To: akboettcher@yahoo.com; ander717joel@yahoo.com; w104sda@yahoo.com; robertbajnrauh@gmail.com; bonacci1@msu.edu; lakanth@gmail.com; dierksheide.2@wright.edu; vdo32@yahoo.com; Evert.eriksson@gmail.com; afouladi@hotmail.com; greenjoe@msu.edu; kkharm0@hotmail.com; bradleyhorak@sbcglobal.net; hortonza@yahoo.com; nichole_ingalls@yahoo.com; jennin94@msu.edu; jessicaketo@sbcglobal.net; sabrinakidd@mac.com; nathan.klewiet@gmail.com; mjloewen@hotmail.com; nlorenz@suite-speed.com; chrismasci@gmail.com; mckenzie@medicine.nodak.edu; jamclellan@hotmail.com; emitchell@meduohio.edu; dnagle@medicine.nodak.edu; kcneaman@hotmail.com; kokeefe@meduohio.edu; oliphantjl@atnmail.com; meilingerott@hotmail.com; ampatel1@gmail.com; rpiazzaMD@gmail.com; rogoway@sbcglobal.net; sarah_schultz@hotmail.com; jdslaikeu@hotmail.com; stouff17@yahoo.com; jtanner@usc.edu; bwheatley@siumed.edu; Andrea_M_Wolf@yahoo.com

FYI

---

**From:** Ferguson, Karalyn [mailto:Karalyn_Ferguson@grmerc.net]
**Sent:** Tuesday, July 03, 2007 11:57 AM
**To:** Program Coordinators
**Cc:** Bolthouse, Nancy
**Subject:** Work Injury Procedure Reminder
**Importance:** High

I have received quite a few notifications from various departments at Spectrum of residents stating they are SH employee's when they have a injury or exposure on the job. Please remind your residents they are GRMERC Employees. Any injury or exposure they sustain on the job needs to be reported to me within 24 hrs. They can seek treatment as needed at the hospital, ER or pharmacy but they do need to let the provider know to bill GRMERC for the workers comp and identify themselves as a GRMERC employee. Same process for any injuries onsite at Saint Mary's.

I have also had a few residents submit the bills under their personal health insurance policy. They are not liable for the cost of treatment's they receive due to a work related injuries/exposures, it is all covered under our workers compensation insurance.

Thank you for your assistance.

*Karalyn R. Ferguson, PHR*
Human Resources Representative
Grand Rapids Medical Education & Research Center
for Health Professions
1000 Monroe Ave NW
Grand Rapids, MI 49503
Phone 616.732.6285
Fax 616.732.6259

This email may contain confidential and privileged material for the sole use of the intended recipient and GRMERC. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Δ π EXHIBIT 31
Deponent Lowen
Date 8.30.11 Rptr. RR
WWW.DEPOBOOK.COM

# Expenses

From: **Tracy.VanDeWeg@spectrum-health.org**
Sent: Wed 10/08/08 11:39 AM
To: mjloewen@hotmail.com

Margaret,
I added mileage from home to Detroit Metro airport for you on the expenses you submitted. It will add 171.48 to your check. If this is not ok with you, please let me know as you had not included it.

Tracy

# Vacation

From: **Tracy.VanDeWeg@spectrum-health.org**
Sent: Mon 12/03/07 11:46 AM
To: mjloewen@hotmail.com

Hi Margaret!
your vacation for Feb 16-22 has been approved. 23 & 24 have been requested as off call.

Tracy

# Re: extra day off

From: **Manuel Lozano** (m-lozano@sbcglobal.net)
Sent: Mon 4/17/06 7:30 PM
To: Margaret Loewen (mjloewen@hotmail.com)

```
Thanks for doing that, Margaret.
Let me look into that possibility as I was under the impression that
they you essentially took your assigned call at Saint's instead of Butt.

FYI, I did not have any doubts that you would handle the call without
much problems.

On Apr 17, 2006, at 4:16 PM, Margaret Loewen wrote:

> Manny,
>
> I did the job as requested over the weekend at St. Mary's. Wow!
> Quite a day and night! But I survived and so did my patients,
> thankfully.
>
> Steve Goldman thought you might be able to give me an extra day off
> during the months I'll be at Blodgett. This is asking a favor but
> is there any chance that day off could be Monday, May 1?
>
> Thanks.
>
> Margaret Loewen
>
> _________________________________________________________________
> Express yourself instantly with MSN Messenger! Download today -
> it's FREE! http://messenger.msn.click-url.com/go/onm00200471ave/
> direct/01/
>
```

ML-000448

# Re: change of day off request

From: **Manuel Lozano** (m-lozano@sbcglobal.net)
Sent: Mon 4/17/06 8:54 PM
To: Margaret Loewen (mjloewen@hotmail.com)

You probably did not get my earlier email ~ just sent it out.
Let me check into it but I do not think you ended up with an extra
call as you essentially took your call at a different place.
However, I will look into it.

On Apr 17, 2006, at 7:29 PM, Margaret Loewen wrote:

> Manny,
>
> Sorry to trouble you with this. With regard to the extra day off,
> I just got home and my son is begging that I take Thursday, June 8,
> off INSTEAD of Monday, May 1, because he (urgently) wants me to go
> on a field trip with his class. He and I would be so happy to have
> this opportunity to do something really special together.
>
> While I am on the subject of days off, my niece is getting married
> on Saturday, June 24, if you could find a way to schedule me off on
> that weekend I'd be extremely appreciative.
>
> I do not envy your job. Hope this isn't too much of a pain for you.
>
> Thanks again.
>
> Margaret Loewen
>
> _________________________________________________________________
> Express yourself instantly with MSN Messenger! Download today -
> it's FREE! http://messenger.msn.click-url.com/go/onm00200471ave/
> direct/01/
>

## GRMERC Credit Card Use and Transaction Policy

GRMERC has established a Company credit card with Fifth Third Bank for general use. The card type is a MasterCard and can be used anywhere MC is accepted. Use of the card will be restricted solely to GRMERC related activities and used **only in cases where a business check is not accepted.** The card number and expiration date will not be provided to staff, Finance will complete all necessary transactions.

Prior to using the Company credit card, please attempt to see if the Merchant can accept a business check or establish an account for:

- ~~Hotel fees including room and tax~~
- Residency subscriptions (Up to Date), ACOP, ACP
- Book orders Seminars or Registration fees

**Internet Purchases – Non Travel**
For items that are exclusively internet purchases or can only be transacted by credit cards, the Finance Department will handle those transactions. GRMERC will establish "shopping carts" at common vendors such as Amazon, Expedia, Travelocity, etc. Any website that can accommodate a "shopping cart" with a login and password (such as Amazon) the item(s) should be placed in a cart and saved. For those sites that do not, please send via email the website link and detailed instructions of the transaction so that it may be completed.

**Travel Charges**
When possible, please use www.travelocity.com, or www.expedia.com to book flights and/or hotels. These websites provide the ability to save itineraries for later purchase, www.orbitz.com does not. Please forward the desired itinerary to the designated person in Finance, they will book the flight(s)/car(s)/room(s) and forward the completed itinerary to you.

**Other Charges**
All other charges that cannot be handled by business check or account that are non internet purchases (via paper or phone) will be handled by the designated person in Finance. All pertinent information will need to be forwarded to this person to complete the transaction(s).

**Timelines**
The designated person in Finance will complete the transaction by the end of the next business day. For time sensitive transactions (air travel, guaranteed fares, etc.), all efforts will be made to complete the transaction as quickly as possible, please indicate in your communication that it is a time sensitive transaction. The designated person in Finance will have a backup in case of absences to streamline the process.

**Who and What Does This Apply To?**
Purchases of goods and/or services by staff, faculty, including items purchased using individual Resident's education funds handled by Program Coordinators on behalf of their residents. Goods include tangibles such as PDA's, books, registration or conference fees, etc. Airfare, rental cars, hotel fees (room, tax, and parking), applies to staff and faculty travel only, not resident travel. Residents should continue to use their own credit cards for travel related expenses.

Δ π EXHIBIT 31
Deponent Loewen
Date 8-30-11 Rptr. RR
WWW.DEPOBOOK.COM

# Expenses

From: **Tracy.VanDeWeg@spectrum-health.org**
Sent: Wed 10/08/08 11:39 AM
To: mjloewen@hotmail.com

Margaret,
I added mileage from home to Detroit Metro airport for you on the expenses you submitted. It will add 171.48 to your check. If this is not ok with you, please let me know as you had not included it.

Tracy

# Vacation

From: **Tracy.VanDeWeg@spectrum-health.org**
Sent: Mon 12/03/07 11:46 AM
To: mjloewen@hotmail.com

Hi Margaret!
your vacation for Feb 16-22 has been approved. 23 & 24 have been requested as off call.

Tracy

# Re: extra day off

From: **Manuel Lozano** (m-lozano@sbcglobal.net)
Sent: Mon 4/17/06 7:30 PM
To: Margaret Loewen (mjloewen@hotmail.com)

Thanks for doing that, Margaret.
Let me look into that possibility as I was under the impression that they you essentially took your assigned call at Saint's instead of Butt.

FYI, I did not have any doubts that you would handle the call without much problems.

On Apr 17, 2006, at 4:16 PM, Margaret Loewen wrote:

> Manny,
>
> I did the job as requested over the weekend at St. Mary's. Wow! Quite a day and night! But I survived and so did my patients, thankfully.
>
> Steve Goldman thought you might be able to give me an extra day off during the months I'll be at Blodgett. This is asking a favor but is there any chance that day off could be Monday, May 1?
>
> Thanks.
>
> Margaret Loewen
>
> _________________________________________________________________
> Express yourself instantly with MSN Messenger! Download today - it's FREE! http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>

# Re: change of day off request

From: **Manuel Lozano** (m-lozano@sbcglobal.net)
Sent: Mon 4/17/06 8:54 PM
To: Margaret Loewen (mjloewen@hotmail.com)

You probably did not get my earlier email - just sent it out.
Let me check into it but I do not think you ended up with an extra
call as you essentially took your call at a different place.
However, I will look into it.

On Apr 17, 2006, at 7:29 PM, Margaret Loewen wrote:

> Manny,
>
> Sorry to trouble you with this. With regard to the extra day off,
> I just got home and my son is begging that I take Thursday, June 8,
> off INSTEAD of Monday, May 1, because he (urgently) wants me to go
> on a field trip with his class. He and I would be so happy to have
> this opportunity to do something really special together.
>
> While I am on the subject of days off, my niece is getting married
> on Saturday, June 24, if you could find a way to schedule me off on
> that weekend I'd be extremely appreciative.
>
> I do not envy your job. Hope this isn't too much of a pain for you.
>
> Thanks again.
>
> Margaret Loewen
>
> _________________________________________________________________
> Express yourself instantly with MSN Messenger! Download today -
> it's FREE! http://messenger.msn.click-url.com/go/onm00200471ave/
> direct/01/
>

# GRMERC Credit Card Use and Transaction Policy

GRMERC has established a Company credit card with Fifth Third Bank for general use. The card type is a MasterCard and can be used anywhere MC is accepted. Use of the card will be restricted solely to GRMERC related activities and used **only in cases where a business check is not accepted.** The card number and expiration date will not be provided to staff, Finance will complete all necessary transactions.

Prior to using the Company credit card, please attempt to see if the Merchant can accept a business check or establish an account for:

- ~~Hotel fees including room and tax~~
- Residency subscriptions (Up to Date), ACOP, ACP
- Book orders Seminars or Registration fees

**Internet Purchases – Non Travel**

For items that are exclusively internet purchases or can only be transacted by credit cards, the Finance Department will handle those transactions. GRMERC will establish "shopping carts" at common vendors such as Amazon, Expedia, Travelocity, etc. Any website that can accommodate a "shopping cart" with a login and password (such as Amazon) the item(s) should be placed in a cart and saved. For those sites that do not, please send via email the website link and detailed instructions of the transaction so that it may be completed.

**Travel Charges**

When possible, please use www.travelocity.com, or www.expedia.com to book flights and/or hotels. These websites provide the ability to save itineraries for later purchase, www.orbitz.com does not. Please forward the desired itinerary to the designated person in Finance, they will book the flight(s)/car(s)/room(s) and forward the completed itinerary to you.

**Other Charges**

All other charges that cannot be handled by business check or account that are non internet purchases (via paper or phone) will be handled by the designated person in Finance. All pertinent information will need to be forwarded to this person to complete the transaction(s).

**Timelines**

The designated person in Finance will complete the transaction by the end of the next business day. For time sensitive transactions (air travel, guaranteed fares, etc.), all efforts will be made to complete the transaction as quickly as possible, please indicate in your communication that it is a time sensitive transaction. The designated person in Finance will have a backup in case of absences to streamline the process.

**Who and What Does This Apply To?**

Purchases of goods and/or services by staff, faculty, including items purchased using individual Resident's education funds handled by Program Coordinators on behalf of their residents. Goods include tangibles such as PDA's, books, registration or conference fees, etc. Airfare, rental cars, hotel fees (room, tax, and parking), applies to staff and faculty travel only, not resident travel. Residents should continue to use their own credit cards for travel related expenses.

BCS/CD-2000 (05/08)

MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
NONPROFIT CORPORATION INFORMATION UPDATE

2008

Due October 1, 2008 File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| 708062 | GRAND RAPIDS AREA MEDICAL EDUCATION CONSORTIUM, INC. |

Resident agent name and mailing address of the registered office

~~P DOUGLAS KINSCHI PHD~~
1000 MONROE AVE NW
GRAND RAPIDS MI 49503

RECEIVED
AUG 1 5 2008
$20 Dept. of LEG

FILED
SEP 0 8 2008
by Department
Bureau of Commercial Services

The address of the registered office

1000 MONROE AVE NW
GRAND RAPIDS MI 49503

☐ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

1. Mailing address of registered office in Michigan (may be a P.O. Box): 1000 Monroe Ave NW, Grand Rapids, MI 49503

2. Resident Agent: Peter G. Coggan, MD, MSEd

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office): 1000 Monroe Ave NW, Grand Rapids, MI 49503

4. Describe the purpose and activities of the corporation during the year covered by this report: Student & Resident Education

| 5. | | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|---|
| | President (Required) | Peter G. Coggan, MD, MSEd | 1000 Monroe Ave NW GR |
| If different than President | Secretary (Required) | Marsha D. Rappley, MD | |
| | Treasurer (Required) | Marsha D. Rappley, MD | |
| | Vice President | Jean Nagelkerk, RN, PhD | |
| If different than Officers | Director (Required) | | |
| | Director | | |
| | Director | | |

6. **Report due October 1, 2008.**
**Filing fee $20.00.**

Please make your check or money order payable to the State of Michigan.
Return to: Michigan Department of Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30767
Lansing, MI 48909
(517) 241-6470

| Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| [signature] | CFO | 8/13/08 | |

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 162, Public Acts of 1982, as



**GRMERC Board of Directors**
**2008-2009**

Board Officers

| | | | | |
|---|---|---|---|---|
| David | Baumgartner | MD | Saint Mary's Health Care; 200 Jefferson; Grand Rapids, MI 49503 | Chairman |
| Jean | Nagelkerk | RN, PhD, FNP/C | Grand Valley State University; Academic Affairs; 301 Michigan Street; Grand Rapids, MI 49503 | Vice Chairman |
| Marsha | Rappley | MD | Michigan State University College of Human Medicine; A110 East Fee Hall; East Lansing, MI 48824 | Secretary/Treasurer |

BCS/CD-2000 (08/10)

DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH
NONPROFIT CORPORATION INFORMATION UPDATE

# 2010

Due October 1, 2010 File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| 708062 | GRAND RAPIDS MEDICAL EDUCATION PARTNERS |

Resident agent name and mailing address of the registered office

PETER G. COGGAN, MD, MSED
1000 MONROE AVE NW
GRAND RAPIDS MI 49503

RECEIVED
$20 SEP 07 2010
DELEG

FILED
SEP 13 2010

The address of the registered office

1000 MONROE AVE NW
GRAND RAPIDS MI 49503

by Department
Bureau of Commercial Services

☐ I certify that the board consists of 3 or more directors, and further certify that all directors' names and addresses are previously filed with the Department, and that no changes have occurred in required information since the last filed report.
**If you checked the box, proceed to item 6.**

1. Mailing address of registered office in Michigan (may be a P.O. Box)
1000 MONROE AVENUE NW

2. Resident Agent
PETER G. COGGAN, MD MSED

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)
1000 MONROE AVENUE NW, GRAND RAPIDS MI 49503

4. Describe the purpose and activities of the corporation during the year covered by this report:

| 5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| | President (Required) DAVID BAUMGARTNER, MD | SAINT MARY'S HEALTH CARE 200 JEFFERSON SE GRAND RAPIDS MI 49503 |
| If different than President | Secretary (Required) JOHN MACKEIGAN, MD | SPECTRUM HEALTH HOSPITALS, 100 MICHIGAN ST NE, GRAND RAPIDS MI 49503 |
| | Treasurer (Required) JOHN MACKEIGAN, MD | |
| | Vice President RALPH ROGERS, MD | SPECTRUM HEALTH HOSPITALS same address as above |
| Required 3 or more directors (3 different individuals) | Director (Required) MR. MATTHEW VANVRANKEN | SPECTRUM HEALTH HOSPITALS same address as above |
| | Director (Required) MR. PHILIP McCORKLE | SAINT MARY'S HEALTH CARE same address as above |
| | Director (Required) | |

6. **Report due October 1, 2010.**
**Filing fee $20.00.**
If report is certifying no changes occurred, it must be signed by the chairperson or vice-chairperson of the board or the president or vice-president.

Please make your check or money order payable to the State of Michigan. Include payment with completed report in the same envelope.
Return to: Department of Energy, Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30767
Lansing, MI 48909
(517) 241-6470

| Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| [signature] | PRESIDENT & CEO | 9/1/2010 | |

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 162, Public Acts of 1982, as amended. Failure to file this report may result in the dissolution of the corporation.

Title: House Staff

MEDICAL STAFF Policy and Procedure

| | |
|---|---|
| Code: | 1/504 |
| Date Approved: | 07/23/2008 |
| Revision Number: | N/A |
| Last Review Date: | 11/09/2009 |
| Category: | Rules and Regulations |

Title: **HOUSE STAFF**

Originator: Medical Staff Coordinator

Approval(s): Medical Executive Committee

POLICY: The Medical Executive Committee and the Grand Rapids Medical Education Partners (GRMEP) are responsible for providing oversight concerning the quality of care provided by residents, interns, students, and ensure that the same act within approved guidelines established by the medical staff and governing body.

Procedures:

**Section I: Supervision**

All patient care activity of residents must be under the supervision of an assigned member of the Medical Staff with privileges in the clinical field involved and in accordance with supervision requirements of that residency program as published by the Accreditation Council for Graduate Medical Education (ACGME). Supervision may be delegated to more senior residents, but the ultimate responsibility rests with the Staff physicians. Orders by House Staff physicians do not require countersignature by an attending or supervising physician.

**Section II: Members**

The House Staff shall consist of all physicians or dentists who receive appointment to graduate medical education programs in Saint Mary's Health Care (or affiliated programs), including all interns, residents, and fellows.

**Section III: Roles and Responsibilities**[1]

Written descriptions of the roles, responsibilities, and patient care activities of House Staff are provided by GRMEP and available for viewing on the Saint Mary's Health Care intranet. The descriptions include identification of mechanisms by which the supervisor(s) and graduate education program director make decisions about each participant's progressive involvement and independence in specific patient care activities.

EXHIBIT # 41 8-30-11 BAUMGART

[1] MS 2.30 Elements 2-3

Page 1 of 1

C:\Users\gsmith\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4BERW879\House Staff 1-504 .doc
Also available on the Intranet: Departments/Medical Staff/Policies

# GRAND RAPIDS MEDICAL EDUCATION & RESEARCH CENTER FOR HEALTH PROFESSIONS

## GENERAL SURGERY RESIDENCY PROGRAM INSTITUTIONAL AGREEMENT

This Agreement between the Grand Rapids Medical Education & Research Center (GRMERC), Saint Mary's Mercy Medical Center and Spectrum Health Hospitals (Hospitals), of Grand Rapids Michigan, is effective as of November 1, 2004.

## I. PURPOSE

This agreement serves as a supporting document to the GRMERC Operating Agreement as it pertains to the relationship between GRMERC, and Hospitals in the provision of educational experiences for Residents of the GRMERC General Surgery Residency Program (General Surgery Residency Program). By executing this Agreement between GRMERC and Hospitals the institutions:

1. Identify the officials at Hospitals who assume administrative, educational, and supervisory responsibility for the resident(s);

2. Outline the educational goals and objectives to be attained at Hospitals;

3. Specify the period of assignments of residents to Hospitals, the financial arrangements, and the details for insurance and benefits;

4. Determine Hospitals responsibilities for teaching, supervision and formal evaluation of the resident(s) performance; and

5. Clarify the policies and procedures that govern the residents while rotating at Hospitals.

Each of these areas is addressed in the body of this Institutional Agreement.

## II. TERMS

In consideration of these objectives, the parties agree that:

A. Type of Relationship

GRMERC and Hospitals are entering into this Institutional Agreement in order to manage the educational aspects of the General Surgery Residency Program based in Grand Rapids, Michigan as specified below.

EXHIBIT
#45
8-30-11 BAUMGART
PENGAD 800-631-6989

B. Program Title

GRMERC is the Accreditation Council for Graduate Medical Education (ACGME) institutional sponsor of the General Surgery Residency Program. The training program will be called the Grand Rapids Medical Education & Research Center/Michigan State University General Surgery Residency Program and this title will be used on all official communications and documents relating to this program.

C. Administration and Operation

GRMERC has overall responsibility for the administration of the General Surgery Residency Program.

Authority for the operation of the General Surgery Residency Program is delegated to the Program Director. The Program Director of the General Surgery Residency Program shall be the official assuming administrative and educational responsibility for the overall operation of the program. The Program Director shall have the necessary responsibility and authority to meet accreditation standards and other contractual obligations. The Program Director shall report to the GRMERC President and CEO and participate in the GRMERC Graduate Medical Education Committee (GMEC), which is a subcommittee of the GRMERC Board of Directors. In addition, a committee of the General Surgery Residency Program core faculty will support the Program Director.

D. Specification of Responsible Officials, Educational Goals and Objectives, Period of Assignment, and Policies and Procedures for Resident Assignment to Additional Participating Institutions

1. Officials at Hospitals Responsible for Resident Education and Supervision

- Marc G. Schlatter, MD Program Director, Spectrum Health
- Stanley Sherman, MD Assistant Program Director, Saint Mary's Health Care
- Jayne Paulson, MD Assistant Program Director, Spectrum Health

2. Educational Goals and Objectives:

The educational goals and objectives for this program are specified in the attached ACGME program requirements for General Surgery Residency Program training.

Hospitals support the educational goals of the General Surgery Residency Program and agree to participate, as needed, in the periodic internal review of the program.

3. Period of Assignment of Residents, Financial Support, Insurance and Benefits:

Hospitals will provide the infrastructure and patient population necessary for General Surgery Residency Program Residents to participate in inpatient rotation months and outpatient clinics as defined in the General Surgery Residency Program curriculum and ACGME Program Requirements for Residency Education in General Surgery. The specific number of assigned rotation months will be determined by the needs of the General Surgery Residency Program and the availability of training positions at Hospitals.

General Surgery Residency Program Residents will receive compensation, health and life insurance, and benefits through GRMERC.

4. Responsibility for Teaching, Supervision, and Evaluation of the Residents Performance:

Resident teaching, supervision and formal evaluation is the responsibility of the Program Director and Program Faculty.

Hospitals, and their Medical Staffs, agree to provide an environment that supports and facilitates the teaching, supervision and formal evaluation of General Surgery Residency Program Residents assigned to their institutions

5. Policies and Procedures that Govern the Residents:

Policies and procedures that govern the General Surgery Residency Program Residents while rotating at Hospitals will be in accordance with the GRMERC Operating Agreement and the GRMERC Graduate Medical Education Resident Manual.

E. Insurance and Indemnification

In accordance with the GRMERC Operating Agreement the hospital to which the General Surgery Residency Program Residents are assigned will provide professional liability insurance coverage. Insurance coverage will be provided to General Surgery Residency Program Residents while they are engaged in approved graduate medical education activities.

III. TERM OF AGREEMENT

This Agreement begins on the date written in the first paragraph of the agreement and will continue until terminated by mutual agreement of all parties, or by any one party, upon thirty (30) days prior written notice to the others.

## IV. ENTIRE AGREEMENT; AMENDMENTS

This agreement of the parties with respect to its subject matter, supersedes any prior or concurrent agreements or representations, oral or in writing. This Agreement may be modified by mutual consent, provided that such modification is in writing and signed by both parties.

## V. HEADINGS

The headings to the various paragraphs of this Agreement are provided for descriptive purpose only and are not to be construed as modifying the terms of this Agreement in any way.

## AGREEMENT SIGNATORIES

Philip H. McCorkle, Jr.
President and CEO
Saint Mary's Health Care
Date: 11-17-04

Matthew G. Van Vranken
President
Spectrum Health Hospitals – Grand Rapids
Date: 11·17·04

Kent Bottles, MD
President and CEO
Grand Rapids Medical Education & Research Center
Date: Nov 11, 04

Marc G. Schlatter, MD
Program Director
General Surgery Residency Program
Date: 11 18-4



Spectrum Health

## Acknowledgement of HIPAA Privacy Training

By signing this form, I hereby acknowledge that I have received HIPAA Privacy training and Spectrum Health has made a reasonable effort to inform me of current HIPAA regulations. I had an opportunity to ask questions and was made aware of resources to answer any additional HIPAA privacy questions as they arise. I will make all efforts to remain aware of, and comply with, Spectrum Health patient privacy policies.

Print Name: Margaret ______ (First Name) ______ (MI) ______ Loewen (Last Name)

Signature: [signature]

Social Security Number: 306 / 72 / 3594

Date received training: 6 (month) / 30 (date) / 05 (year)

Please indicate your Spectrum Health affiliation by checking the box that most describes your workplace.

- [x] Butterworth/Blodgett/South Pavilion/PCP clinics/Occupational Health/Rehab/East Paris Surgical Center
- [ ] Kent Community Campus
- [ ] Continuing Care Group
- [ ] Visiting Nurses Association
- [ ] Reed City
- [ ] Hackley Hospital
- [ ] Lakeshore Hospital
- [ ] Other

| Please return the signed copy to: | Human Resources MC075<br>HIPAA |
|---|---|

GRMEP 001355

Spectrum Health

*Administrative Policy*

**Subject:** **Physicians at Teaching Hospitals (PATH) – Documentation of Services Provided**

**Policy #:** ADM-P00-S1503

Original Effective Date: 12/03/02
Last Reviewed / Revised Date: 11/13/08

☒ **Applies to All Listed Below:**
☐ **Limited to Those Specified:**

- ☐ Blodgett Hospital
- ☐ South Pavilion (Non-Surgical)
- ☐ Helen DeVos Children's Hospital
- ☐ Aero Med
- ☐ Urgent Care Centers
- ☐ Butterworth Hospital
- ☐ Outpatient Surgical Centers
- ☐ Resident & Specialty Practices
- ☐ Occupational Services

**Department/Service/Other:** ☐

**Purpose:**

To outline the process for Spectrum Health's compliance with its obligations as a participating provider in federal and state health care programs and as a provider that may submit claims to these programs for services provided by physicians who are responsible for or participate in the supervision and teaching of residents. For consistency, this policy shall apply to all claims for services provided by physicians responsible for or participating in the supervision and teaching of residents regardless of payor.

**Policy Content:**

Spectrum Health will only bill for the services attending physicians (other than interns and residents) render in a teaching setting to individual patients. Spectrum Health recognizes that it is otherwise reimbursed for the cost of teaching residents and interns under its graduate medical education program and will not bill for the services provided solely by interns and residents.

Spectrum Health will not bill or submit claims where there is not adequate documentation, consistent with this policy, to reflect that the services were primarily those of a teaching or attending physician and not primarily the services of a resident or intern.

**PROCEDURE:**

I Determining when the services of a teaching physician are reimbursable shall involve the consideration of several factors including

II Whether the teaching physician was physically present during procedure being billed;

III Whether there is appropriate documentation of the physician's involvement in procedure; and

IV The correlation between documentation and the level of services billed.

EXHIBIT #49 8-31-11 Rogers PENGAD 800-631-6989

SPECTRUM HEALTH 000111

V **Surgical, High-Risk or other Complex Procedures**

A In the context of providing Surgical, High-risk or other Complex procedures, in order to bill for a teaching physician's services, there must be sufficient documentation in the record to reflect that the teaching or attending physician was present for the critical portion of the procedure and immediately available to furnish services during the entire service or procedure.

B In the context of surgery, physical presence is not required during the opening or closing of the surgical field.

C In the context of providing endoscopy procedures, documentation of the teaching physician's physical presence is required during the entire viewing, in addition to documentation of the teaching discussion of findings with the resident. Viewing of the entire procedure, through a monitor in another room, does not meet the teaching physician requirement.

D Teaching physicians cannot be running concurrent procedures and satisfy this obligation because he/she is not considered "immediately available" to assist the resident if needed. In order to bill for two overlapping surgeries, the teaching physician must be present during the key or critical portion of each surgery. The critical or key portions may not occur at the same time. When a teaching physician is not present during the non-critical or non-key portions of the procedure, and is participating in another procedure, he/she must arrange for another qualified physician to immediately assist the non-attended resident should the need arise.

E Minor procedures that take a few minutes (5 minutes or less) to complete (e.g. simple suture) and involves relatively little decision making once the need for the procedure is determined, the teaching physician must be present for the entire procedure in order to bill for the procedure.

VI **Evaluation and Management (E&M) Services**

VII In the context of providing Evaluation and Management (E & M) Services, in order to bill for a teaching physician's services, there must be sufficient teaching physician documentation in the record to reflect that the teaching or attending physician was physically present during the key or critical portion of the service that determines the level of services billed. There is an exception to this requirement for certain lower level E & M services provided in certain outpatient centers (see Section 4.0).

A The level of service billed should be determined based upon the E & M guidelines, any applicable Primary Care Exception as noted in 4.0 below and the complexity of service provided from the perspective of the teaching physician. The teaching physician's documentation should be combined with the resident's note to determine the appropriate level of service.

B There is no requirement that the teaching physician (rather than the resident) must provide the "hands on" care of the patient. This decision is left to the teaching physician's discretion to either witness the resident's exam or actually perform an exam of the key or critical portion.

C Documentation of a discussion between a teaching physician and a resident regarding a patient's treatment without evidence that the teaching physician was physically present during any portion of session with the patient is not sufficient.

VIII **Primary Care Exception**

IX In the context of E & M Services Furnished in certain outpatient centers, which qualify for the Primary Care Exception, documentation of the teaching physician's physical presence in the session with the patient is not required for certain low or mid-level E & M services (99201-99203, 99211-99213, and the G0344 Welcome to Medicare exam) provided in a qualified outpatient center if all of the following conditions are met:

1. The resident's time in outpatient center is included in determining hospital's payment for residency program;
2. The resident furnishing the services has completed at least 6 months in an approved residency program;
3. The teaching physician responsible for resident is not directing the care of more than four (4) residents at a time; and
4. The teaching physician is immediately available to assist the resident, meaning that the teaching physician:
   1. has no other responsibilities at the time;
   2. assumes all management responsibility for patients being seen by the resident;
   3. ensures that services provided by the resident are appropriate;
   4. reviews with the resident either during or immediately after each patient visit the patient's history, physical examination, diagnosis, and record of tests and therapies [Note: this does not require physical presence in the room; does not require the teaching physician see patient]; and
   5. documents his/her participation in review and direction of services furnished to patient.

X For all other types of procedures and services, that do not fall into those identified in Sections 2.0- 4.0, the services of the teaching physician are only to be billed where the documented services are of the same character in terms of responsibilities to the patient as the service he/she renders to other patients when no resident or intern is involved.

A This should not be interpreted to require documentation that the teaching physician has personally provided care in all contexts but that he/she is "responsible" to the patient to be present for "key portions" and to ensure total procedure is performed completely.

B Examples of such conduct could include:
1. reviewing the patient's history and physical;
2. evaluating the patient;
3. determining the course of treatment for the patient;
4. assuring that any supervision of interns and residents is furnished; and
5. making frequent review of a patient's progress.

C Example: Interpretation of diagnostic testing - Teaching physician may be reimbursed if he/she performs the interpretation or reviews interpretation of resident.

XI Generally, the patient's medical record must document the teaching physician's presence for services to the extent called for above. In most instances, this documentation can be reflected through the notes of the teaching physician, the resident and/or a participating nurse.

A In the surgical context only, the resident or nurse may document the teaching physician's presence for surgery if the surgeon is present for the entire surgery.

B In context of interpretation of diagnostic testing, the teaching physician may co-sign the resident's interpretation, noting that it was "reviewed and that he/she agrees with interpretation."

C For E & M services, the teaching physician must <u>personally document</u> that he/she has:

1. personally reviewed the patient's medical history;
2. personally performed a physical examination or witnessed/was present during the resident's exam;
3. personally confirmed or revised a patient's diagnosis;
4. personally visited and evaluated patient during the "more critical period of the illness"; and
5. personally discharged the patient.

XII Medical students may document services in the medical record.

A Documentation of an E/M service performed by a medical student that may be referred to by the

1. teaching physician is limited to the review of systems and/or past family/social history.

B The teaching physician may not refer to a medical student's documentation of physical findings or

1. medical decision making in his or her personal note.

C If the medical student documents an E/M service, the teaching physician must verify and <u>redocument</u> the history of present illness, as well as perform and <u>redocument</u> the physical exam and medical decision making activities of this service.

D Medicare and most payors do not pay for any service furnished by a student.

XIII Time-based codes

A The teaching physician must be present during the entire time coded.

**Spectrum Health reserves the right to alter, amend, modify or eliminate this policy/ procedure at any time without prior notice and in compliance with Administrative Policy: Developing or Revising Policy & Procedure Manual Content.**

**Authored by:** Angie Rewa, Manager, Compliance (10/08)
**Reviewed by:** Vicki Clevenger, System Director, Compliance (10/9/08)
Ron Knaus, Corporate Controller (10/14/08)
**Approved by:** Bridget Tucker Gonder, Vice President, System Risk & Compliance Administration (10/29/08)
Administrative Committee 11/10/08
Shawn Ulreich, RN, MSN, CNO, Chief Nursing Executive, Vice President Patient Care Services 11/13/08

**References:** Evaluation & Management Guidelines, Physicians and Teaching Hospitals (PATH), Local Medical Review Board
**Key Words:** PATH, residents, teaching, supervision, teaching hospitals, documentation, E&M code

Spectrum Health

*Administrative - Department Specific Policy*

**Subject: VERIFICATION OF PRIVILEGES**
**Policy #: ADM-V00-D0005-RSP**

Original Effective Date: 1/10/03
Last Reviewed / Revised Date: 2/28/09

☐ **Applies to All Listed Below:**
☐ **Limited to Those Specified:**

☐ Blodgett Hospital
☐ South Pavilion (Non-Surgical)
☐ Helen DeVos Children's Hospital
☐ Aero Med
☐ Urgent Care Centers
☐ Butterworth Hospital
☐ Outpatient Surgical Centers
☒ Resident & Specialty Practices
☐ Occupational Services

**Department/Service/Other:** ☐ (specify)

**Purpose:** To outline the process for managers and supervisors to verify that all physicians providing services in their practice have appropriate Spectrum Health privileges.

**Responsibility:** Managers and supervisors

**Policy Content:**

I. All physicians that see patients in the Resident/Specialty Practices must be credentialed through the Spectrum Health Medical Staff Office before being allowed to treat patients or precept residents. Procedures performed in the Resident/Specialty Practices must be listed on the Medical Staff Office webpage under Physician Privileges & Information.
   A. A New Physician Checklist form (see attached) must be filled out according to the instructions on the form and a copy must be maintained in the office.
   B. Community physicians must sign a Limited Assignment of Benefits form (see attached) prior to treating patients or precepting residents. Spectrum Health employed physicians sign this form as part of their contract.

**Spectrum Health reserves the right to alter, amend, modify or eliminate this policy/procedure at any time without prior notice and in compliance with Administrative Policy: Policy and Procedure Structure, Standards and Management.**

**Authored by:** Michelle Pracher, Administrative Assistant

**Reviewed by:** Anne Mawby, RN, Nursing Supervisor 2/11/09
Diane Strouse, RN, Practice Manager 2/11/09
Maureen Kruger, Practice Manager 2/11/09
Darlene Brown, Office Manager 2/11/09
Linda Holt, Office Manager 2/11/09
Sherri Bolthouse, MT (ASCP), Quality Assurance Coordinator 2/11/09

PENGAD 800-631-6989 EXHIBIT #50 8-31-11 ROGERS

SPECTRUM HEALTH 000115

Karen Harper, Clinical Risk Manager 3/9/09

**Approved by:** Anne KlineBauer, MBA, Director Resident/Specialty Practices

**References:** *Physicians at Teaching Hospitals (PATH) – Documentation of Services Provided – ADM-P00-S1503*

**Key Words:** Procedures, privileges, precepting

EXHIBIT B

<u>Assignment of Benefits</u>

In connection with the Physician Medical Services Agreement ("Agreement") by and between Spectrum Health Hospitals ("Spectrum") and ____________________, MD ("Physician"), Physician hereby assigns to Spectrum the exclusive right to bill patients and third-party payors for services rendered by Physician while providing services pursuant to the Agreement, including services covered by the Medicare and Medicaid programs, and to collect and retain all payments generated for services under the Agreement, except as directed by Spectrum. Physician shall complete all records, execute all documents and submit to Spectrum in a timely manner (within two (2) days following date of service) any information reasonably required for Spectrum to submit bills for services and generally cooperate with Spectrum in the billing and collection of fees and charges. Any sums paid to Physician by any patient or third-party payor for services provided by Physician pursuant to this Agreement shall be promptly remitted to Spectrum. Physician agrees that his/her sole compensation for the services provided under the Agreement shall be the compensation paid by Spectrum to Physician as provided in the Agreement. All fees and charges for Physician's services provided pursuant to the Agreement shall be determined solely by Spectrum.

PHYSICIAN

Signed:______________________________

Dated:_______________________________

::ODMA\PCDOCS\GRR\755205\1

*Spectrum Health Resident/Specialty Practices*
*New Physician Checklist*

Practice Name: ______________________________

Physician Name: ______________________________

- ☐ Check privileges on the Medical Staff Office department webpage under Physician Privileges & Information.
- ☐ Billing/credentialing paperwork completed including the Limited Assignment of Benefits. **MAKE SURE THIS IS COMPLETED PRIOR TO PHYSICIAN START DATE!**
- ☐ PATH guidelines explained and copy of policy given (Physicians at Teaching Hospitals (PATH) – Documentation of Services Provided ADM-P00-S1503)
- ☐ Examples of expected documentation language
- ☐ Verify which procedures physician is allowed to perform in office

______________________________ ______________
Manager/supervisor signature Date

Fax to Resident/Specialty Practice Administration (11540) and retain copy in practice.

Case 1:10-cv-01284-GJQ Doc #17-1 Filed 04/04/11 Page 3 of 3 Page ID#306




# John E. vanSchagen, MD, named Associate Chair for Grand Rapids




John E. vanSchagen, MD, has been appointed Associate Chair for the Grand Rapids community of the MSU Department of Family Medicine. In this newly created position, he will fulfill the following responsibilities:

- Maintain the integrity, coherence and quality of the Department of Family Medicine, and its mission of education and research.
- Represent the views of the Department to the Family Medicine Faculty affiliated with FM in Grand Rapids.
- Represent the department views of medical education to the College. Collaborate with other disciplines in educational matters.
- Be a strong advocate for education, research, and scholarly effort within the Grand Rapids community, and motivate Family Medicine faculty to commit time and resources to predoctoral education.
- Foster educational innovation and evaluation, where appropriate, for Family Medicine.
- Obtain external funding for support of research and educational programs in Family Medicine.
- Maintain and promote teaching commitments of Grand Rapids Family Medicine faculty.

Dr. vanSchagen is a graduate of the MSU College of Human Medicine (CHM). He joined the MSU faculty at the Grand Rapids campus in 1994 and became Residency Program Director for the Grand Rapids Family Medicine Residency Program in 2006. He continues in that position. He and his wife have been actively involved with other CHM alumni in encouraging support and fundraising for the college.

---

This site has been published by the Michigan State University Department of Family Medicine, B101 Clinical Center, Michigan State University, East Lansing, MI 48824-1313; William C. Wadland, MD, MS, chairperson.

Website design and maintenance by April L. Allison, MA, MPH.

Home

About the Department| About the Residency Network
For Our Patients| For Students & Residents| For Health Professionals| For Our Faculty & Staff