**CONTINUED EXHIBITS**