UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARGARET J. LOEWEN, M.D. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GRAND RAPIDS MEDICAL )<br>EDUCATIONAL PARTNERS, a corporation, )<br>SPECTRUM HEALTH SYSTEM, a corporation, )<br>TRINITY HEALTH CORPORATION, )<br>a corporation t/d/b/a SAINT MARY'S HEALTH )<br>CARE, MICHIGAN STATE UNIVERSITY, a )<br>corporation, MARC SCHLATTER, an individual )<br>and JOHN vanSCHAGEN, an individual )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-1284<br><br>Honorable Gordon J. Quist<br>U.S. District Judge<br><br>**MOTION FOR LEAVE TO FILE**<br>**CONFIDENTIAL APPENDIX**<br>**MATERIALS UNDER SEAL** |

---

James B. Lieber (PA I.D. 21748)
Thomas Huber (PA I.D. 83053)
LIEBER HAMMER HUBER BENNINGTON, P.C.
5528 Walnut Street
Pittsburgh, Pennsylvania 15232-2312
(412) 686-2231
jlieber@lhhb-law.com


Stephen Drew (P24323)
DREW COOPER & ANDING
Aldric Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, Michigan 49503
(616) 454-8300
sdrew@dcadvocate.com

Thomas R. Wurst (P30177)
Gary A. Chamberlin (P50059)
Sara G. Lachman (P67523)
MILLER JOHNSON
Counsel for Defendants Grand Rapids Medical
Education Partners, Spectrum Health System, Marc
Schlatter and John vanSchagen
250 Monroe Avenue NW, Suite 800
Grand Rapids, MI 49503
(616) 831-1700
wurstt@millerjohnson.com

Daniel J. Bretz (P34334)
Jeffrey A. Steele (P51497)
CLARK HILL PLC
Counsel for Defendant
500 Woodward Ave, Ste. 3500
Detroit, Michigan 48226
(313) 965-8300
dbretz@clarkhill.com

Cathrine Wenger
TRINITY-HEALTH
Counsel for Defendant
34605 Twelve Mile Road
Farmington Hills, Michigan 48331-3222
(248) 489-6390
cwenger@trinity-health.org

Theresa A. Kelley (P60696)
MSU OFFICE OF GENERAL COUNSEL
Counsel for Michigan State University
494 Administration Building
East Lansing, MI 48824
(517) 432-1963
kelleyt@msu.edu

## MOTION FOR LEAVE TO FILE CONFIDENTIAL
## APPENDIX MATERIALS UNDER SEAL

Defendant Trinity Health Corporation t/d/b/a St. Mary's Health Care, ("St. Mary's"), by and through undersigned counsel, files this Motion For Leave to File Confidential Materials Under Seal, stating as follows:

1. On or about August 2, 2011, the above-captioned parties agreed to a Protective Order (hereinafter "Protective Order"), under which the Parties agreed to designate documents containing personal and/or proprietary information as "confidential."

2. The Protective Order was signed by U.S. Magistrate Judge Ellen S. Carmody on or about August 5, 2011.

3. In response to the Plaintiff's Second Response to Opposition to Trinity Health Corporation and Spectrum Health System's Motion to Dismiss and for Summary Judgment, filed previously, Defendant St. Mary's plans to file a Response with Appendix materials containing documents previously designed by the Parties as "confidential."

4. The "confidential" appendix materials are filed contemporaneously herewith.

5. Western District of Michigan Local Civil Rule 10.6(b) allows for documents that are of a proprietary and/or personal nature to be filed under seal, and the Parties have agreed that materials designated as confidential constitute documents that are of a proprietary and/or personal nature.

6. An appropriate Order is attached.

WHEREFORE, Defendant St. Mary's requests leave of Court to file these confidential materials under seal.

                                  Respectfully submitted,
                                  **CLARK HILL PLC**

                                  /s/ Jeffrey A. Steele
                                      Daniel J. Bretz (P34334)
                                      Jeffrey A. Steele (P51497)
                                  Business Address:
                                      500 Woodward Avenue, Suite 3500
                                      Detroit, MI  48226
                                  Telephone:  (313) 965-8300
                                  Email: jsteele@clarkhill.com

Dated: October 21, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2011, I served *Motion For Leave To File Confidential Appendix Materials Under* Seal and this *Certificate of Service* upon: James B. Lieber; Thomas Wurst, Theresa Kelley, Stephen Drew and Cathrine Wenger via U.S. Mail and email.

          Respectfully submitted,
          CLARK HILL PLC

          /s/Jeffrey A. Steele
          Daniel J. Bretz (P34334)
          Jeffrey A. Steele (P51497)
          Counsel for Defendant St. Mary's
          Health Corporation
          d/b/a Saint Mary's Health Care
          500 Woodward Ave., Ste. 3500
          Detroit, MI  48226
          (313) 965-8300